628

(122 So. 922)

**Edward FORD v. STATE.** (8 Div. 816.)

Court of Appeals of Alabama. May 28, 1929.

SAMFORD, J. Affirmed.

(123 So. 925)

**Ed FRANKLIN v. STATE.** (6 Div. 680.)

Court of Appeals of Alabama. Oct. 8, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.

(123 So. 925)

**James FRAZIER v. STATE.** (1 Div. 861.)

Court of Appeals of Alabama. June 25, 1929.

J. G. Bennett, of Mobile, for appellant.
Charlie C. McCall, Atty. Gen., and W. M. Rayburn, Asst. Atty. Gen., for the State.

RICE, J. Affirmed on authority of State v. Burchfield, 218 Ala. 8, 117 So. 483; Id., 22 Ala. App. 502, 117 So. 485; Williams v. State, ante, p. 53, 122 So. 460.

(124 So. 921)

**Ennis FREE v. STATE.** (4 Div. 519.)

Court of Appeals of Alabama. Nov. 12, 1929.

BRICKEN, P. J. Appeal dismissed.

(125 So. 920)

**L. P. FREEMAN v. C. C. MARTIN.** (8 Div. 65.)

Court of Appeals of Alabama. Jan. 28, 1930.

SAMFORD, J. Affirmed.

(125 So. 920)

**Dan GABLE v. STATE.** (7 Div. 575.)

Court of Appeals of Alabama. Jan. 21, 1930.

RICE, J. Appeal dismissed.

(121 So. 922)

**Budd GANN and Joe Gann v. STATE.** (7 Div. 484.)

Court of Appeals of Alabama. March 19, 1929.

Merrill & Field, of Anniston, for appellants.
Charlie C. McCall, Atty. Gen., and Merwin T. Koonce, Asst. Atty. Gen., for the State.

SAMFORD, J. Defendants were convicted of manufacturing whisky. There is no question of merit presented in this record for review. The defendants have had a fair trial, according to the forms of law. There is no error in the record, and the judgment is affirmed.

Affirmed.

(126 So. 925)

**Willie J. GARDNER v. STATE.** 1 Div. 924.

Court of Appeals of Alabama. Feb. 26, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(128 So. 915)

**Zell GARDNER v. STATE.** 6 Div. 731.

Court of Appeals of Alabama. May 13, 1930.

SAMFORD, J.
Appeal dismissed.